IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANNA MASSAQUOI,<br><br>Plaintiff,<br><br>v.<br><br>CAPTAIN HASKINS, SERGEANT P. POTE, SERGEANT MOLINA, OFFICER WADELL, OFFICER BLACK, WILLIAM E. LAWTON, and PHILA. PRISON SYSTEM HEALTH SERVICES,<br><br>Defendants. | CIVIL ACTION<br>NO. 14-4466 |

## ORDER

**AND NOW**, this 10th day of August, 2016, upon consideration of Defendants' Motion to Dismiss (Docket No. 30) and Memorandum of Law in support, as well as Plaintiff's opposition thereto, and the Amended Complaint in this matter, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 19) is **GRANTED**;

2. Plaintiff's claims as to Defendants Wadell, Black, Lawton and Philadelphia Prison System Health Services are **DISMISSED** with leave to amend within twenty (20) days of the date of this order, if Plaintiff can do so in accordance with the Federal Rules of Civil Procedure; and

3. Plaintiff's claims against Defendants Pote and Molina for the search of his cell, the strip search, the loss of his personal property and the alleged false misconduct report are **DISMISSED** with prejudice.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.