IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MANNA MASSAQUOI,

    Plaintiff,

v.

CAPTAIN HASKINS, OFFICER WADELL, OFFICER BLACK, WARDEN WILLIAMS LAWTON, and PHILA. PRISON SYSTEM HEALTH SERVICES,

    Defendants.

CIVIL ACTION
NO. 14-4466

## ORDER

**AND NOW**, this 29th day of August, 2017, upon consideration of Defendants' Motion to Dismiss (Docket No. 47) and Memorandum of Law in support, as well as Plaintiff's opposition thereto, and the Second Amended Complaint in this matter, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 47) is **GRANTED** as to Defendants Philadelphia Prison System Health Services and Warden Lawton only;

2. Philadelphia Prison System Health Services and Warden William Lawton are dismissed from this matter with prejudice;

3. Defendants' Motion to Dismiss is **DENIED** as to Defendant Officer Black; and

4. Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss (Docket No. 56) is **DENIED** as moot.

                                    **BY THE COURT:**

                                    **/s/ Jeffrey L. Schmehl**
                                    **Jeffrey L. Schmehl, J.**